IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GLENDA ANN JACKSON                                                PLAINTIFF

VS.                                                  CIVIL ACTION NO. 2:18-cv-73-KS-MTP

COMMISSIONER OF SOCIAL SECURITY                      DEFENDANT

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [2] for Leave to Proceed *in forma pauperis* and Report and Recommendation [3] of Magistrate Judge Michael Parker recommending that the Motion to Proceed *in forma pauperis* be denied. The Court notes that on May 21, 2018, the filing fee was paid in the amount of $400.00. The Court finds that the Motion for Leave to Proceed *in forma pauperis* is DENIED and that the Report and Recommendation is now MOOT.

SO ORDERED this the ___27th___ day of June, 2018.

                                                     ___s/Keith Starrett_____
                                                     UNITED STATES DISTRICT JUDGE