IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GLENDA ANN JACKSON                                              PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:18-cv-73-KS-MTP

COMMISSIONER OF SOCIAL SECURITY                          DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on August 1, 2019, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and that Defendant's Motion to Affirm [12] is GRANTED and the Commissioner's final decision is AFFIRMED. This action is hereby dismissed with prejudice.

SO ORDERED, this the __3rd___ day of September, 2019.

                                                      ____s/Keith Starrett_____
                                                      UNITED STATES DISTRICT JUDGE